ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
Meltech/W.M. Schlosser Construction,      )        ASBCA No. 61752
  LLC, Joint Venture                      )
                                          )
Under Contract No. W91ZLK-07-D-0116       )

APPEARANCE FOR THE APPELLANT:             Leonard A. Sacks, Esq.
                                            Leonard A. Sacks & Associates, P.C.
                                            Rockville, MD

APPEARANCES FOR THE GOVERNMENT:           Scott N. Flesch, Esq.
                                            Army Chief Trial Attorney
                                          MAJ Susan Kim, JA
                                          CPT Brian C. Habib, JA
                                            Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 2, 2020

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61752, Appeal of Meltech/W.M. Schlosser Construction, LLC, Joint Venture, rendered in conformance with the Board's Charter.

Dated:  July 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals